AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
A-2: a green 2011 Jeep Liberty bearing Arizona License
Plate# ECA1ME and VIN# 1J4PP2GKXBW530659.

Case No. 22-5159MB

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-2.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

YOU ARE COMMANDED to execute this warrant on or before  4/28/22  (not to exceed 14 days)
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: April 14, 2022 @ 1:56pm    _Deborah M. Fine_
                                                 Judge's signature

City and state: Phoenix, Arizona        Honorable Deborah M. Fine, U.S. Magistrate Judge
                                        *Printed name and title*

## ATTACHMENT A-2

*Property to be searched*

The Property to be searched is a green 2011 Jeep Liberty bearing Arizona License Plate# ECA1ME and VIN# 1J4PP2GKXBW530659, hereafter referenced as **Subject Vehicle**. **Subject Vehicle** is registered to JOHNSON at the **Subject Premises** address.



## ATTACHMENT B

*Property to be seized*

1. All firearms and packaging.
2. All ammunition and ammunition packaging.
3. Firearm parts and accessories.
4. Paper and electronic copies of receipts and/or bills of firearm sales, including ledgers of customers, payments, payment plans, and/or firearm advertisements.
5. Indicia of ownership and occupation of residence and vehicles.
6. Business and financial records, including correspondence with Lendistry and Lendio, and other financial institutions that authorize personal and/or business loans.
7. Any records pertaining to the Paycheck Protection Program (PPP) or Economic Injury Disaster Loans (EIDL) from 2021, including loan applications and/or agreements, correspondence with the Small Business Administration or private lenders, and notes or ledgers pertaining to PPP or EIDL loan submissions or the receipt of loan funds.
8. Records from financial institutions from 2019, 2020, and 2021 including Account opening documents, Bank statements, and all funds and credits, including cryptocurrencies, private keys and recovery seeds, stored in or accessible via cryptocurrency wallets.
9. Records pertaining to the formation and operation of any businesses including corporation filings, employee payroll records, receipts for business expenses, invoices or other proof of sales, and tax documents to include business formation, employee wages, and tax returns.
10. Any electronic devices that can store and send information digitally to include cellular telephones, smart phones, tablets, computers, and electronic media storage devices.

11. Records, receipts, and information relating to any purchases occurring between March 1, 2020, to present including investments, property and/or vehicle deeds and/or titles;

12. Any/all currency (United States Federal Reserve notes and/or foreign currency) as well as cashier's checks, promissory notes, bonds, any/all negotiable instruments.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the ATF may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.